## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEYSTONE RX LLC,                                    : No. 93 EAL 2020
                                                    :
                                                    :
            v.                                      : Petition for Allowance of Appeal
                                                    : from the Order of the
                                                    : Commonwealth Court
BUREAU OF WORKERS' COMPENSATION                     :
FEE REVIEW HEARING OFFICE                           :
(COMPSERVICES INC./AMERIHEALTH                      :
CASUALTY SERVICES)                                  :
                                                    :
                                                    :
PETITION OF:                                        :
COMPSERVICES/AMERIHEALTH                            :
CASUALTY SERVICES                                   :
                                                    :
KEYSTONE RX LLC                                     : No. 94 EAL 2020
                                                    :
            v.                                      :
                                                    :
BUREAU OF WORKERS' COMPENSATION                     :
FEE REVIEW HEARING OFFICE                           :
(COMPSERVICES INC./AMERIHEALTH                      :
CASUALTY SERVICES),                                 :
                                                    :
PETITION OF:  BUREAU OF WORKERS'                    :
COMPENSATION FEE REVIEW HEARING                     :
OFFICE                                              :

## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal

at 93 EAL 2020 is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is

**DENIED** as to all remaining issues.  The issues, as stated by Petitioner, are:

(1) Did the Commonwealth Court exceed the scope of its authority and substitute its judgment for that of the Pennsylvania Legislature when it promulgated a new rule which mandates non-healthcare providers are entities with standing and the right to intervene in the Workers' Compensation Act's Utilization Review process?

(2) Did the Commonwealth Court err when it gave non-healthcare providers via the right to void at any time, a Utilization Review Determination regarding the reasonableness and necessity of the care of the physician who wrote the prescription which led to the non-healthcare provider providing a good or service to the injured worker?

The Petition for Allowance of Appeal at 94 EAL 2020 is **GRANTED**. The issue, as stated by Petitioner, is:

(1) Whether the Commonwealth Court violated the separation of powers doctrine by engrafting a new requirement onto the Pennsylvania Workers' Compensation Act's process for conducting utilization review of treatment by a health care provider by prospectively directing that non-treating entities be given notice and an opportunity to intervene in utilization reviews?